*E-filed 3/15/06*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICK M. REINHARDT, | Case No. C05-05143 HRL |
| Plaintiff, | **ORDER SEVERING CLAIMS AGAINST DEFENDANTS MAYS AND MOTSCHENBACHER** |
| SANTA CLARA COUNTY, SAN JOSE POLICE DEPARTMENT, SANTA CLARA COUNTY PUBLIC DEFENDER, SANTA CLARA COUNTY DISTRICT ATTORNEY, WILL MANION, ENRIQUE GARCIA, ROBERT MAYS, DOROTHY MOTSCHENBACHER, and DOES 1-50, | |
| Defendants. | |

Rick Reinhardt brings claims for damages for "illegal and unconstitutional jailing" against two public entities, two police officers, and two private citizens. He bases his claims on 42 U.S.C. § 1983, the California Constitution, and certain California statutes. The damages stem from the ten months he spent in jail, accused of murder, before authorities figured out he had been framed and released him.

The County of Santa Clara (the District Attorney's and Public Defender's Officers), the City of San Jose, and Officers Manion and Garcia move to dismiss the claims against them. Pursuant to 28, U.S.C. Section 636(c) and Fed. R. Civ. P. 73, those defendants, as well as plaintiff, have voluntarily consented to have a United States Magistrate Judge conduct any and all proceedings in this case, including trial, and order the entry of a final judgment.

1    Defendants Mays and Motschenbacher have not appeared in the action and have neither
2 consented nor declined to have the case heard by a United States Magistrate Judge.[1]
3    Under Fed. R. Civ. P. 21, a court has discretion to sever parties or any claims against a
4 party "on such terms as are just." See FED. R. CIV. P. 21 ("Parties may be dropped or added by
5 order of the court on motion of any party or of its own initiative at any stage of the action and
6 on such terms as are just. Any claim against a party may be severed and proceeded with
7 separately.").
8    In this case, the court concludes that severance of the claims against the defaulting
9 defendants will prevent any further delay in the adjudication of the claims between plaintiff and
10 the City and County defendants. Further, the court finds that no substantial right will be
11 impaired by the severance. Accordingly, all claims against defendants Robert Mays and
12 Dorothy Motschenbacher are SEVERED, and the action is STAYED with respect to those
13 defendants.
14    **IT IS SO ORDERED.**
15 Dated: 3/15/06                                         /s/ Howard R. Lloyd
                                                          HOWARD R. LLOYD
16                                                        UNITED STATES MAGISTRATE JUDGE

---

[1] The court was contacted by a court-appointed attorney representing Motschenbacher in the case, *People of the State of California v. Motschenbacher*, a criminal action in state court for homicide and conspiracy stemming from the same events at issue in this action. The attorney informed this court that Motschnebacher had recently pled guilty to reduced charges and was sentenced to four years in state prison. Motschenbacher was served a copy of the civil complaint while in custody and has no funds to defend herself. She requested that the court appoint pro bono counsel to represent her and prevent a default from being taken against her.

2

| | |
|---|---|
| 1 | THIS IS TO CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO: |
| 2 | Robert Baker Burchfiel    CAO.Main@ci.sj.ca.us |
| 3 | David Michael Rollo    david.rollo@cco.sccgov.org, anna.espiritu@cco.sccgov.org |
| 4 | Loren Bryan Vaccarezza    lorenbvaccarezza@yahoo.com |
| 5 | Dated: 3/15/06 |

                                     /s/ RNR
                        Chambers of Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California