Loren B. Vaccarezza, Esq. (SBN183791)
LAW OFFICES OF LOREN B. VACCAREZZA
800 Charcot Avenue, Suite 106
San Jose, California 95131-2211
Telephone: (408) 432-6000
Fax: (408) 435-8002
lorenbvaccarezza@yahoo.com

FILED

AUG 10 2006

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK M. REINHARDT,<br><br>  Plaintiff,<br><br>v.<br><br>SANTA CLARA COUNTY, SANTA CLARA COUNTY PUBLIC DEFENDER'S OFFICE, SANTA CLARA COUNTY DISTRICT ATTORNEY'S OFFICE, CITY OF SAN JOSE, WILL MANION, ENRIQUE GARCIA, ROBERT MAYS, DOROTHY MOTSCHENBACHER, and DOES 1-50, INCLUSIVE,<br><br>  Defendants | Case No. : 5:05-cv-05143-HRL<br><br>**ORDER**<br>~~STIPULATION~~ **RE MODIFIED BRIEFING SCHEDULE** |

The undersigned parties hereby stipulate to the following briefing schedule in connection with defendant's pending Motion to Dismiss.

Whereas the court initially ordered that plaintiff file an opposition to defendant's Motion to Dismiss on or before August 4, 2006, said order being modified on August 3, 2006, on the court's motion, to allow plaintiff until August 11, 2006 in which to file a response, the parties hereby stipulate that plaintiff shall have until August 25, 2006, to file an opposition. This request is made for two reasons (1) to allow plaintiff time to research the fifteen issues on which the

RECEIVED

AUG -9 2006

RICHARD W. WIEKING
CLERK, U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

court seeks a response, and (2) in consideration of plaintiff's counsel's schedule including preplanned vacations.

In addition, the parties stipulate that the defendants shall until September 5, 2006 in which to file any reply.

Dated: August 8, 2006　　　　　　　　　　LAW OFFICES OF LOREN B. VACCAREZZA

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　By: Loren B. Vaccarezza, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: August ____, 2006　　　　　　　　　OFFICE OF COUNTY COUNSEL


　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　By:　David Rollo,
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　　County of Santa Clara

Dated: August ____, 2006　　　　　　　　　CITY OF SAN JOSE


　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　By:　Richard Doyle
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　　City of San Jose

IT IS SO ORDERED

Dated: 8/11/06

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE HOWARD R. LLOYD

1  court seeks a response, and (2) in consideration of plaintiff's counsel's schedule including
2  preplanned vacations.
3      In addition, the parties stipulate that the defendants shall until September 5, 2006 in
4  which to file any reply.

5
6  Dated: August 8, 2006                LAW OFFICES OF LOREN B. VACCAREZZA

7                                       _____
                                        By: Loren B. Vaccarezza, Esq.
8                                           Attorney for Plaintiff
9

10 Dated: August ____, 2006             OFFICE OF COUNTY COUNSEL
11
12                                      _____
13                                      By: David Rollo,
                                            Attorney for Defendant
14                                          County of Santa Clara
15

16 Dated: August ____, 2006             CITY OF SAN JOSE
17
18                                      _____
19                                      By:  Richard Doyle
                                             Attorney for Defendant
20                                           City of San Jose
21
22
23
24
25
26
27
28
29
                        STIPULATION RE BRIEFING SCHEDULE

                                   -2-

1 | court seeks a response, and (2) in consideration of plaintiff's counsel's schedule including
2 | preplanned vacations.
3 |     In addition, the parties stipulate that the defendants shall until September 5, 2006 in
4 | which to file any reply.

Dated: August 8, 2006

LAW OFFICES OF LOREN B. VACCAREZZA

By: Loren B. Vaccarezza, Esq.
Attorney for Plaintiff

Dated: August ____, 2006

OFFICE OF COUNTY COUNSEL

By:   David Rollo,
      Attorney for Defendant
      County of Santa Clara

Dated: August _6_, 2006

CITY OF SAN JOSE

By:   Richard Doyle
      Attorney for Defendant
      City of San Jose

STIPULATION RE BRIEFING SCHEDULE

-2-

THIS SHALL CERTIFY THAT NOTICE WILL BE SENT TO:

Robert Baker Burchfiel CAO.Main@ci.sj.ca.us

David Michael Rollo david.rollo@cco.sccgov.org, anna.espiritu@cco.sccgov.org

Loren Bryan Vaccarezza lorenbvaccarezza@yahoo.com,


\* Counsel are responsible for providing copies of this order to co-counsel

Date: 8/10/06

                                            /s/ JMM
                                    Chambers of Magistrate Judge Howard R. Lloyd