ANN MILLER RAVEL, County Counsel (S.B. #62139)
DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

*E-filed 3/6/07*

Attorneys for Defendant
COUNTY OF SANTA CLARA (SUED HEREIN AS SANTA CLARA COUNTY, SANTA CLARA COUNTY DISTRICT ATTORNEY'S OFFICE, AND SANTA CLARA COUNTY PUBLIC DEFENDER'S OFFICE)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE)

| | |
|---|---|
| RICK M. REINHARDT,<br><br>Plaintiff,<br><br>v.<br><br>SANTA CLARA COUNTY, et al.,<br><br>Defendants. | No.   C05 05143 HRL<br><br>**STIPULATION AND REQUEST FOR ORDER EXTENDING DEADLINE FOR MEDIATION;** xxxxxxxxxx **ORDER** |

The parties to this action hereby stipulate and agree that the time for scheduling the mediation in this matter be extended to May 31, 2007.

Pursuant to the Court's Order, this matter was referred to mediation at the Case Management Conference on January 9, 2007. Pursuant to ADR Local Rule 6-4(b), the mediation was to have occurred within ninety days of the referral. The parties and mediator have agreed to extend the deadline for the following reasons:

1. To accommodate the scheduling needs of all parties regarding depositions and other discovery requests.

2. To allow for the initial disclosure of information to be augmented prior to any mediation.

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stip and Request for Order Extending Deadline
For Mediation; [Proposed] Order    -1-    C05 05143 HRL

3. To accommodate each side's vacation and availability schedules.

4. The mediator has cleared the date and is available.

There have been no other time modifications requested by the parties. The final Pre-Trial Conference is scheduled for November 20, 2007. The parties do not believe the requested extension will adversely impact the Case Management schedule set out in the Court's Case Management Order.

IT IS STIPULATED.

Dated: March 1, 2007          By: _____
                                   LOREN VACCAREZZA, Esq.
                                   Attorney for Plaintiff

Dated: February 28, 2007           ANN MILLER RAVEL
                                   County Counsel

                              By: _____
                                   DAVID M. ROLLO
                                   Deputy County Counsel

                                   Attorneys for Defendants
                                   COUNTY OF SANTA CLARA (SUED
                                   HEREIN AS SANTA CLARA
                                   COUNTY, SANTA CLARA COUNTY
                                   DISTRICT ATTORNEY'S OFFICE,
                                   AND SANTA CLARA COUNTY
                                   PUBLIC DEFENDER'S OFFICE)

Dated: _____    By: _____
                                   ROBERT B. BURCHFIEL

                                   Attorney for Defendant
                                   CITY OF SAN JOSE

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The time to mediate this matter is extended to May 31, 2007.

Dated: 3/6/07                 By: _____
                                   JUDGE HOWARD R. LLOYD
                                   U.S. Magistrate Judge

Stip and Request for Order Extending Deadline
For Mediation; [Proposed] Order              -2-                    C05 05143 HRL

3. To accommodate each side's vacation and availability schedules.

4. The mediator has cleared the date and is available.

There have been no other time modifications requested by the parties. The final Pre-Trial Conference is scheduled for November 20, 2007. The parties do not believe the requested extension will adversely impact the Case Management schedule set out in the Court's Case Management Order.

IT IS STIPULATED.

Dated: _____          By: _____
                                    LOREN VACCAREZZA, Esq.
                                    Attorney for Plaintiff

Dated: February 28, 2007            ANN MILLER RAVEL
                                    County Counsel

                                By: _____
                                    DAVID M. ROLLO
                                    Deputy County Counsel

                                    Attorneys for Defendants
                                    COUNTY OF SANTA CLARA (SUED
                                    HEREIN AS SANTA CLARA
                                    COUNTY, SANTA CLARA COUNTY
                                    DISTRICT ATTORNEY'S OFFICE,
                                    AND SANTA CLARA COUNTY
                                    PUBLIC DEFENDER'S OFFICE)

Dated: _____          By: _____
                                    ROBERT B. BURCHFIEL

                                    Attorney for Defendant
                                    CITY OF SAN JOSE

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The time to mediate this matter is extended to May 31, 2007.

Dated: _____          By: _____
                                    JUDGE HOWARD R. LLOYD
                                    U.S. Magistrate Judge

71343.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stip and Request for Order Extending Deadline
For Mediation; [Proposed] Order                -2-                    C05 05143 HRL

3. To accommodate each side's vacation and availability schedules.

4. The mediator has cleared the date and is available.

There have been no other time modifications requested by the parties. The final Pre-Trial Conference is scheduled for November 20, 2007. The parties do not believe the requested extension will adversely impact the Case Management schedule set out in the Court's Case Management Order.

IT IS STIPULATED.

Dated: _____          By: _____
                                LOREN VACCAREZZA, Esq.
                                Attorney for Plaintiff

Dated: February 28, 2007        ANN MILLER RAVEL
                                County Counsel

                                By: _____
                                DAVID M. ROLLO
                                Deputy County Counsel

                                Attorneys for Defendants
                                COUNTY OF SANTA CLARA (SUED
                                HEREIN AS SANTA CLARA
                                COUNTY, SANTA CLARA COUNTY
                                DISTRICT ATTORNEY'S OFFICE,
                                AND SANTA CLARA COUNTY
                                PUBLIC DEFENDER'S OFFICE)

Dated: 3/1/07                   By: _____
                                ROBERT B. BURCHFIEL

                                Attorney for Defendant
                                CITY OF SAN JOSE

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The time to mediate this matter is extended to May 31, 2007.

Dated: _____          By: _____
                                JUDGE HOWARD R. LLOYD
                                U.S. Magistrate Judge

71343.wpd

Stip and Request for Order Extending Deadline
For Mediation; [Proposed] Order          -2-          C05 05143 HRL

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California