**\*E-filed 8/23/07\***

ANN MILLER RAVEL, County Counsel (S.B. #62139)
DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
KEVIN M. HAMMON, Deputy County Counsel (S.B. #232360)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
SANTA CLARA COUNTY, SANTA
CLARA COUNTY DISTRICT
ATTORNEY'S OFFICE, and SANTA
CLARA COUNTY PUBLIC DEFENDER'S
OFFICE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Jose)

| | |
|---|---|
| RICK M. REINHARDT, | NO. C05 05143 HRL |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT COUNTY OF SANTA CLARA'S EX PARTE MOTION TO ENLARGE TIME FOR HEARING DISPOSITIVE MOTIONS** |
| v. | |
| SANTA CLARA COUNTY, et al., | |
| Defendants. | |

**ORDER**

~~WITH GOOD CAUSE APPEARING~~, IT IS ORDERED THAT the last day to hear dispositive motions be continued from October 2, 2007 to October 23, 2007. Accordingly, the last day to file and serve dispositive motions is September 14, 2007.

**IT IS SO ORDERED.**

8/23/07

_____
HONORABLE HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

92332.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

[Proposed] Order Granting Defendant
County of Santa Clara's Ex Parte Motion to
Enlarge Time for Hearing Dispositive Motions    1    C 05-05143 HRL