*E-Filed 10/24/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RICK REINHARDT,

    Plaintiff,

v.

COUNTY OF SANTA CLARA, et al.,

    Defendants.

_____/

Case No. C05-05143 HRL

**NOTICE OF STATUS CONFERENCE AND ORDER TO APPEAR**

Defendants' motions for summary judgment came on for hearing October 23, 2007. Plaintiff's counsel did not file oppositions, did not request a continuance (or other relief), and did not appear for the hearing. The court took the motions under submission.

Accordingly, PLEASE TAKE NOTICE THAT a Status Conference is now set in this case for **Friday, November 9, 2007 at 10:00 a.m.** in Courtroom 2, Fifth Floor of the United States District Court, San Jose.

Loren B. Vaccarezza, Plaintiff's attorney, is to appear IN PERSON at the Status Conference.

Rick M. Reinhardt, Plaintiff, is to appear IN PERSON at the Status Conference.

//

At the conference, the court intends to inquire of Plaintiff's attorney and of Plaintiff himself about their current intentions with respect to the continuation of this litigation and whether the summary judgment motions are opposed.[1]

**IT IS SO ORDERED.**

Dated: 10/24/07



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's attorney, Loren B. Vaccarezza, filed a motion for leave to withdraw. That motion was not properly noticed for hearing and the court has not ruled on it. At this time, Mr. Vaccarezza continues to be counsel of record for Plaintiff.

1 | THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

Robert Baker Burchfiel CAO.Main@ci.sj.ca.us

Kevin Hammon kevin.hammon@cco.sccgov.org

David Michael Rollo david.rollo@cco.sccgov.org, anna.espiritu@cco.sccgov.org

Loren Bryan Vaccarezza lorenbvaccarezza@yahoo.com

Dated: 10/24/07

                                              /s/ KRO
                                    Chambers of Magistrate Judge Lloyd

**United States District Court**
For the Northern District of California