*E-filed 11/21/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICK M. REINHARDT,<br><br>  Plaintiff,<br><br> v.<br><br>SANTA CLARA COUNTY, et al.,<br><br>  Defendants.<br>_____/ | No. C 05-05143 HRL<br><br>**(1) ORDER ON PLAINTIFF COUNSEL'S MOTION TO WITHDRAW AND (2) ORDER TO SHOW CAUSE TO PLAINTIFF RE: FAILURES TO APPEAR** |

Defendants' motions for summary judgment came on for hearing October 23, 2007. Plaintiff's counsel did not file oppositions, did not request a continuance (or other relief), and did not appear for the hearing. A few days before the hearing, plaintiff's counsel moved to withdraw. The court took the motions for summary judgment under submission.

To determine Plaintiff's intentions with respect to the continuation of this litigation, a status conference was set for November 9, 2007. The court ordered both Plaintiff's attorney, Loren Vaccarezza, and Plaintiff himself, Rick Reinhardt, to appear in person at the conference.

Vaccarezza attended the November 9 status conference and Reinhardt did not. Thereafter, the court set a second hearing on November 20 to address Vaccarezza's Motion to Withdraw and again ordering Reinhardt to appear personally. At the November 20 hearing, Reinhardt again did not appear. Nor did he contact the court to explain why he would not be attending.

**A) Motion to Withdraw**

Plaintiff's counsel moved to withdraw, citing his client's lack of cooperation in the prosecution of the case and disagreement between him and Reinhardt over further handling of the matter. According to counsel, a conflict has developed which prevents him from continuing representation of Reinhardt, including filing oppositions to the summary judgment motions.

Accordingly, the court conditionally GRANTS plaintiff counsel's motion to withdraw. Because substitute counsel has not appeared and Reinhardt has not shown any intention to proceed *pro se*, leave to withdraw is conditioned on Vaccarezza continuing to receive papers related to this action and forwarding them to Plaintiff. Civil Local Rule 11-5(b). Furthermore, Vaccarezza shall notify the court of any changes in Plaintiff's contact information. These conditions will remain in place unless or until new counsel appears (or, until Plaintiff enters an appearance *pro se*).

Despite this limited continuing involvement of counsel in the service process, Plaintiff is now solely responsible for representing himself in this action.

**B) Plaintiff's Failures to Appear**

Plaintiff failed to attend both the November 9 and November 20 hearings despite this court ordering his personal appearance. The order setting the November 20 hearing noted as follows:

> 2. Vaccarezza shall use all reasonable means to ensure that his client receives both actual notice of the November 20 hearing and a copy of this order;
>
> 3. Reinhardt is ORDERED to appear in person at the November 20 hearing (Courtroom 2, Fifth Floor of the United States District Court, 280 S. 1st Street, San Jose, CA) and be prepared to advise the court (a) whether he opposes Vaccarezza's withdrawal, and (b) his intention about the pending summary judgment motions and further pursuit of the lawsuit. (Docket No. 85).

Further, the order included a special notice:

> *Special notice to Rick M. Reinhardt*: You failed to appear as ordered for the hearing on November 9, 2007. You are <u>warned</u> that if you do not appear at the hearing on November 20 (or do not contact the court well in advance, if you are unable on that date), your failure will be a factor the court will consider with respect to dismissing your case for lack of prosecution. (*Id.*).

Vaccarezza stated at the November 20 hearing that he spoke with Reinhardt the week before. At that meeting, Vaccarezza read the order to Reinhardt and explained the consequences of failing to attend the hearing. Plaintiff's counsel also indicated that Plaintiff expressed a desire to find new counsel and proceed with this case.

Now, therefore, Reinhardt is ORDERED TO SHOW CAUSE why his case should not be dismissed for failure to prosecute. **A hearing on this matter will be held at 10:00 a.m. on December 18, 2007 in Courtroom 2, Fifth Floor of the United States District Court, 280 S. 1st Street, San Jose, CA.** If Plaintiff is unable to attend at this time, he shall contact the court[1] well in advance to explain his inability to attend and to suggest alternate dates.

**If Plaintiff does not appear at the hearing on December 18 or contact the court in advance, HIS CASE WILL BE DISMISSED.**

IT IS SO ORDERED.

Dated: 11/21/07


HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff may contact the court by calling (408) 535-5411.

THIS SHALL CERTIFY THAT NOTICE WILL BE SENT TO:

Robert Baker Burchfiel CAO.Main@ci.sj.ca.us

Kevin Hammon kevin.hammon@cco.sccgov.org

David Michael Rollo david.rollo@cco.sccgov.org, anna.espiritu@cco.sccgov.org

Loren Bryan Vaccarezza lorenbvaccarezza@yahoo.com

Rick Reinhardt
c/o 908 Margaret Court
Sunnyvale, CA 94086

\* Counsel are responsible for providing copies of this order to co-counsel.

Date: 11/21/07

                                                     /s/ KRO
                              Chambers of Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California